# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CITIMORTGAGE, INC., | ) | |
| | ) | Case No. _____ |
| *Plaintiff,* | ) | |
| v. | ) | (Formerly Case No. _____ |
| | ) | No.  MICV2010-02843-G |
| KAREN NOBLE, a//k/a KAREN L. | ) | Superior Court, Middlesex) |
| NOBLE, ORION FITNESS CORP., | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| DEEPGREEN BANK, | ) | |
| MASSACHUSETTS DEPARTMENT OF | ) | |
| REVENUE, and BANK OF AMERICA | ) | |
| | ) | |
| *Defendant(s).* | ) | |

## UNITED STATES OF AMERICA'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

TO:

| | |
|---|---|
| Scott C. Owens, Esq.<br>Harmon Law Offices, P.C.<br>P.O. Box 610389<br>Newton Highlands, MA.  02461-0389 | DeepGreen Bank<br>P.O. Box 31548<br>Seven Hills, OH 44131 |
| Karen Noble, a/k/a Karen L. Noble<br>11 Nassau Avenue<br>Wilmington, MA 01887 | Massachusetts Department<br> of Revenue<br>P.O. Box 7021<br>Boston, MA 02204 |
| Orion Fitness Corporation<br>146 Hubbard Street<br>Concord, MA 01742 | Bank of America<br>Corporate Center<br>Charlotte, NC 28255 |
| | Northeast Legal Order Processing<br>Mail Code NY7-501-02-07<br>5701 Horatio St.<br>Utica, NY 13502 |

PLEASE TAKE NOTICE that the action styled *CitiMortgage, Inc. v. Karen Noble, et al.,* Case No. MICV2010-02843-G, now pending in the Superior Court of Middlesex County, Massachusetts. is removed to the United States District Court for the District of Massachusetts,  by and on behalf of the United States of America, improperly sued as " Internal Revenue Service."  The action is removable pursuant to the provisions of 28 U.S.C. § 1442(a)(1) as it is brought against an bureau of the United States Department of the Treasury, and 28 U.S.C. § 1444, as it appears to be an action in interpleader brought against the United States under the provisions of 28 U.S.C. § 2410.

Photocopies of the summons, complaint, together with attachments, constituting all non-duplicative process and pleadings received by the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

CARMEN M. ORTIZ
United States Attorney

JOHN A. DiCICCO
Acting Assistant Attorney General

/s/ *Gerald C. Miller*
GERALD C. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Tel.: (202) 307-6490
*e-mail:*
Gerald.C.Miller@USDOJ.gov

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS has this 10th day of September 2010, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Scott C. Owens, Esq.
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA. 02461-0389

Karen Noble, a/k/a Karen L. Noble
11 Nassau Avenue
Wilmington, MA 01887

Orion Fitness Corporation
146 Hubbard Street
Concord, MA 01742

DeepGreen Bank
P.O. Box 31548
Seven Hills, OH 44131

Massachusetts Department
 of Revenue
P.O. Box 7021
Boston, MA 02204

Bank of America
Corporate Center
Charlotte, NC 28255

Northeast Legal Order
Processing
Mail Code NY7-501-02-07
5701 Horatio St.
Utica, NY 13502

/s/ *Gerald C. Miller*
GERALD C. MILLER